IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LOUIS W. BROGDON,<br><br>              Defendant. | **4:22CR3146**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary release, (Filing No. 20), is granted.

2) Defendant shall be released to independent medical evaluation scheduled to be held on Tuesday, January 10, 2023, at 3:10 p.m. at Lakeside in Omaha, NE. Defendant shall be released from custody by at **10:00 a.m.** on **January 10, 2023**, and he shall return to Marshal custody at the Dawson County Jail by no later than 9:30 p.m. on January 10, 2023.

3) Defendant will be picked up from the jail by Karan Erickson, who is providing the transportation for Defendant's temporary release from custody.

Dated this 9th day of January, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge