IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LOUIS W. BROGDON,<br><br>              Defendant. | 4:22CR3146<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion for temporary release, (Filing No. 49), is granted.

2) Defendant shall be released to independent medical evaluation scheduled to be held on May 18, 2023, at 2:30 p.m. at Lexington Regional Health Center Outpatient Clinic, in Lexington, NE. Defendant shall be released from custody by **2:00 p.m.** on **May 18, 2023**, and he shall return to Marshal custody at the Dawson County Jail immediately after the appointment is over.

3) Defendant will be picked up from the jail by Karan Erickson, who is providing the transportation for Defendant's temporary release from custody.

Dated this 11th day of May, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge