IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS W. BROGDON,<br><br>Defendant. | 4:22-CR-3146<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 63). On April 5, 2023, the Court entered a Preliminary Order of Forfeiture (filing 47) pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, based upon the defendant's plea of guilty to a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and his admission of the forfeiture allegation contained in the information. By way of the preliminary order of forfeiture (filing 47), the defendant's interest in the following weapons, seized from him on or about June 22, 2021, was forfeited to the United States:

- Black Hi-Point handgun 45 mm, serial # X4314897;
- Black Ruger handgun serial #154069292;
- JC Higgins Model 101 12-gauge shotgun with no serial number;
- Savage model 64 .22 rifle, serial #3098510; and
- Hi-Point model 995 9mm rifle, serial #E51294.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on April 7, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 62) was filed on June 7, 2023. The Court has been advised by the plaintiff

that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.   The plaintiff's Motion for Final Order of Forfeiture (filing 63) is granted.

2.   All right, title, and interest in and to the Black Hi-Point handgun 45 mm, serial # X4314897; Black Ruger handgun serial #154069292; JC Higgins Model 101 12-gauge shotgun with no serial number; Savage model 64 .22 rifle, serial #3098510; and Hi-Point model 995 9mm rifle, serial #E51294; held by any person or entity are forever barred and foreclosed.

3.   The property is forfeited to the plaintiff.

4.   The plaintiff is directed to dispose of the property in accordance with law.

Dated this 7th day of June, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge